# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS BLANTON WILLIAMS, III, | ) | CASE NO.: 1:15 CV 00567 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE JOHN ADAMS |
| | ) | |
| CHARLOTTE JENKINS, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | **OPINION AND ORDER** |

The Court has examined the Report and Recommended Decision of Magistrate Judge White, submitted in this matter on February 22, 2016. Upon due consideration, and no objections having been timely filed by the parties, the Court adopts the findings and conclusions of the Magistrate Judge as reflected in the Report and Recommendation and incorporates them herein. Therefore, it is ordered that petition is hereby DISMISSED.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

 */s/ John R. Adams*
JUDGE JOHN R. ADAMS
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF OHIO

Dated: May 2, 2016